**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-6049**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

HERLEY L. LOCKE, a/k/a Pooh,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CR-94-65-H)

———————

Submitted: November 20, 1997      Decided: December 9, 1997

———————

Before MURNAGHAN, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Herley L. Locke, Appellant Pro Se. John Howarth Bennett, OFFICE OF
THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for reduction of sentence and motion to modify term of imprisonment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. United States v. Locke, No. CR-94-65-H (E.D.N.C. Dec. 11, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED